UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of: | Case | 08 C 4429 |
|---|---|---|
| Cortez Jones (R-26113) v. Terry McCann | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Respondent, Terry McCann

| SIGNATURE |
|---|
| s/Katherine D. Saunders |

| FIRM |
|---|
| Illinois Attorney General's Office |

| STREET ADDRESS |
|---|
| 100 W. Randolph Street, 12th Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6230668 | 312-814-6128 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**CERTIFICATE OF SERVICE**

  I certify that on August 20, 2008, I electronically filed respondent's **Appearance** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of this document via the United States Postal Service to the following non-CM/ECF user:


Cortez Jones, #R26113
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434

              <u>s/Katherine D. Saunders</u>
              KATHERINE D. SAUNDERS, Bar #6230668
              100 W. Randolph Street, 12th Floor
              Chicago, Illinois 60601
              TELEPHONE: (312) 814-6128
              FAX: (312) 814-2253
              EMAIL: ksaunders@atg.state.il.us